1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5    MARKEITH CLINTON,

6          Plaintiff,                    CV F 06 1894 OWW  WMW   PC

7    vs.                                 ORDER FINDING COMPLAINT
                                         STATES A COLORABLE CLAIM
8                                        AND DIRECTING PLAINTIFF
                                         TO COMPLETE USM 285 FORMS
9

10   C/O LUNDY, et al.,

11         Defendants.

12

13        Plaintiff  is a state prisoner proceeding pro se and in forma pauperis in this civil rights

14   action pursuant to 42 U.S.C. § 1983.  Plaintiff, an inmate in the custody of the California

15   Department of Corrections and Rehabilitation at the California Substance Abuse Treatment

16   Facility at Corcoran, brings this civil rights action against correctional officials employed by the

17   CDCR at Wasco State Prison.

18        Plaintiff filed this action on December 28, 2006.   Plaintiff claims that defendants were

19   deliberately indifferent to his serious medical needs resulting from and injury that occurred on

20   January 13, 2006.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A

21   and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against

22   defendants Lundy, Martinez, Steveson, Zimmerman and Dileo for deliberate indifference to his

23   serious medical needs, in violation of the Eighth Amendment.   Accordingly, it is HEREBY

24   ORDERED that:

25        1.       Service is appropriate for the following defendants:

26

1

1      CORRECTIONAL OFFICER (C/O) LUNDY

2      C/O MARTINEZ

3      C/O STEVESON

4      C/O ZIMMERMAN

5      DR. DILEO

6    2.    The Clerk of the Court shall send plaintiff five USM-285 forms, five summonses,

7          a Notice of Submission of Documents form, an instruction sheet and a copy of the

8          complaint filed December 28, 2006.

9    3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the

10         attached Notice of Submission of Documents and submit the completed Notice to

11         the court with the following documents:

12         a.    Completed summons;

13         b.    One completed USM-285 form for each defendant listed above; and

14         c.    Six copies of the endorsed complaint filed December 28, 2006.

15   4.    Plaintiff need not attempt service on defendants and need not request waiver of

16         service.  Upon receipt of the above-described documents, the court will direct the

17         United States Marshal to serve the above-named defendants pursuant to Federal

18         Rule of Civil Procedure 4 without payment of costs.

19   5.    The failure to comply with this order will result in a recommendation that this

20         action be dismissed.

21

22   IT IS SO ORDERED.

23   **Dated:    April 10, 2008**                     **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

                                          2